RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL M. KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Counsel for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE SANCHEZ-OSUNA, a.k.a. JORGE JAVIER RIVERA LOPEZ,<br><br>Defendant. | 2:12-cr-00389-GMN-VCF and<br>2:12-cr-00447-HDM-GWF and<br><br>**UNOPPOSED MOTION FOR REASSIGNMENT AND TO JOIN CASES** |

Defendant, JOSE SANCHEZ-OSUNA also known as JORGE JAVIER RIVERA LOPEZ, by and through his counsel Rachel M. Korenblat, Assistant Federal Public Defender, hereby moves the Court for an Order Reassigning and Joining Cases 2:12-cr-00389-GMN-VCF and 2:12-cr-00447-HDM-GWF .

This Motion is requested for the following reasons:

1. The aforementioned indictment and supervised release revocation petition are being prosecuted in this district concurrently. The interests of judicial economy and efficiency would be served by joining the matters.

2. It is the intention of the moving party that the two cases be joined for all purposes so that a global resolution may be reached between the defendant's two cases.

3. The case for joining is further enhanced by the recognition that the indictment for Illegal Reentry caused the defendant's petition to revoke his supervised release.

1

4. The moving party requests that an order may be entered prior to the revocation hearing scheduled for January 30, 2013.

5. Government counsel does not oppose the relief requested.

DATED this 28th day of January 2013.

                                    RENE L. VALLADARES
                                    Federal Public Defender

                                  */s/ Rachel M. Korenblat*
                            By_____
                                  RACHEL M. KORENBLAT
                                  Assistant Federal Public Defender
                                  Counsel for Jose Sanchez-Osuna

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:12-cr-00389-GMN-VCF and |
| Plaintiff, | 2:12-cr-00447-HDM-GWF and |
| vs. | |
| JOSE SANCHEZ-OSUNA, a.k.a. JORGE JAVIER RIVERA LOPEZ, | **ORDER** |
| Defendant. | |

Based upon the above motion and good cause appearing,

IT IS THEREFORE ORDERED that case numbers 2:12-cr-00389 GMN-VCF and 2:12-cr-00447-HDM-GWF be reassigned to the Honorable Gloria M. Navarro and joined and entered under case number 2:12-cr-00389-GMN-VCF.

**DATED** this 6th day of February, 2013.

_____
Gloria M. Navarro
United States District Judge