**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:12-cr-00447-GMN-GWF |
| vs. | ) |
| JORGE JAVIER RIVERA-LOPEZ, | ) **ORDER** |
| aka *Jose Sanchez-Osuna*, | ) |
| Defendant. | ) |

Pending before the Court is Defendant's Motion Requesting a Reduction Pursuant to U.S.S.G. Amendment 782 (ECF No. 48) filed on July 24, 2015.

The United States Sentencing Guidelines, § 1B1.10, Application Note 7(A), states as follows: Only a term of imprisonment imposed as part of the original sentence is authorized to be reduced under this section. Since this section does not authorize a reduction in the term of imprisonment imposed upon a charge of revocation of supervised release, Defendant's motion must be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion Requesting a Reduction Pursuant to U.S.S.G. Amendment 782 (ECF No. 48) filed on July 24, 2015, is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Court's Order to the Defendant at the address listed on the docket.

**DATED** this 28th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court